# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 13-38-BLG-SEH |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| TRAVIS PATRICK ZABROSKI, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered pleas of guilty to Counts I and II of the Indictment. Count I charges the crime of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(b)(1)(C). Count II charges the crime of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). The Defendant also pled true to the criminal forfeiture allegation in the Indictment and conceded to entry of a preliminary order of forfeiture regarding the property subject to that allegation.

After examining the Defendant under oath, the Court determined that the Defendant: (1) knowingly, intelligently, and voluntarily entered

the guilty pleas and the true plea to the forfeiture allegation; and (2) fully understands his constitutional rights and the extent to which such rights are waived. The Court also determined that the offenses charged and to which the Defendant entered guilty pleas contained each of their essential elements.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered. I further recommend that the Court enter a preliminary order of forfeiture regarding the property subject to the forfeiture allegation, which is a .357 Ruger pistol with the serial number filed off.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 15th day of November, 2013.

/S/ Carolyn S. Ostby
United States Magistrate Judge