

FILED

DEC 0 3 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-38-BLG-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| TRAVIS PATRICK ZABROSKI, | |
| Defendant. | |

In accordance with the Findings and Recommendations Concerning Plea[1] of United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Counts I and II of the Indictment, as well as Defendant's concession to an entry of a preliminary order of forfeiture regarding the forfeiture allegation in the Indictment, is hereby accepted. Defendant is adjudged guilty. All parties shall appear before this Court

---

[1] Doc. 27.

for sentencing as previously directed by Magistrate Ostby's November 15, 2013, Order.[2]

DATED this 3rd day of December, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Doc. 28.