
FILED
APR 3 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS PATRICK ZABROSKI,<br><br>Defendant. | CR 13-38-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, TRAVIS PATRICK ZABROSKI is hereby released from the custody of the U.S. Marshal Service.

DATED this 3rd day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE