IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-38-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS PATRICK ZABROSKI, | |
| Defendant. | |

For the reasons stated on the record, TRAVIS PATRICK ZABROSKI is hereby released from the custody of the U.S. Marshals Service.

DATED this 19th day of February, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1