# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-38-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS PATRICK ZABROSKI, | |
| Defendant. | |

Due to the recent COVID-19 outbreak at the Yellowstone County Detention Facility and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the in-person Revocation Hearing set for Thursday, September 3, 2020 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Revocation Hearing is **RESET VIA VIDEO from the Yellowstone County Detention Facility** on **Wednesday, September 2, 2020 at 3:00 p.m.** Counsel is advised that the YCDF **does not** permit attorney/client consultations via video conference prior to the hearing. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of August, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE