

SEP 24 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS PATRICK ZABROSKI,<br><br>Defendant. | CR 13-38-BLG-SPW<br><br>ORDER |

Due to the recent COVID-19 outbreak, and upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing re Revocation of Supervised Release currently scheduled for Wednesday, October 7, 2020 at 3:30 p.m. is **VACATED** and **RESET** to commence **VIA VIDEO** from the Yellowstone County Detention Facility on **Wednesday, October 7, 2020 at 1:30 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 24th day of September, 2020.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE